UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HONGKONG CORENEX TECHNOLOGY
CO., LTD.,
          Plaintiff,

v.

KEY DIGITAL SYSTEMS, INC.,
          Defendant.
--------------------------------------------------------------x

**ORDER**

23 CV 1577 (VB)

      By letter dated March 22, 2023 (Doc. #8), plaintiff's counsel has informed the Court that defendant Key Digital Systems, Inc., filed for bankruptcy in the United States District Court for the Southern District of New York, under Docket No. 23-22176-shl.

      Accordingly, it is HEREBY ORDERED:

      1.     This action is automatically stayed pursuant to 11 U.S.C. § 362, absent further order of the Court.

      2.     By June 30, 2023, and every 90 days thereafter, plaintiff's counsel shall update this Court in writing as to the status of the bankruptcy proceedings.

      3.     As defendant has not yet appeared in this action, by March 24, 2023, plaintiff's counsel is directed to serve a copy of this Order on defendant and on defendant's bankruptcy counsel, and file proof of service of same on the ECF docket.

Dated: March 22, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge