UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HONGKONG CORENEX TECHNOLOGY                     :
CO., LTD.,
                          Plaintiff,            :

                                                :

v.                                              :

                                                :
KEY DIGITAL SYSTEMS, INC.,                      :
                          Defendant.            :
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/24

**ORDER**

23 CV 1577 (VB)

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

By status report dated May 2, 2024 (Doc. #17), the Court has been advised that the bankruptcy action filed by defendant Key Digital Systems, Inc. in the United States District Court for the Southern District of New York, under Docket No. 23-22176, was dismissed (Doc. #17-1).

Accordingly, it is HEREBY ORDERED:

1.      The automatic stay of this action pursuant to 11 U.S.C. § 362 is lifted.

2.      By **June 3, 2024**, defendant shall answer, move, or otherwise respond to the complaint.

As defendant has not yet appeared in this action, Chambers will mail a copy of this Order to defendant at 521 East Third Street, Mount Vernon, NY 10553, and to defendant's bankruptcy counsel at Kirby Aisner & Curley, 700 Post Road, Suite 237, Scarsdale, NY 10583.

The Clerk is directed to lift the stay of this action.

Dated: May 3, 2024
       White Plains, NY

                          SO ORDERED:


                          _____
                          Vincent L. Briccetti
                          United States District Judge