UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HONGKONG CORENEX TECHNOLOGY
CO., LTD.,
                Plaintiff,

v.

KEY DIGITAL SYSTEMS, INC.,
                Defendant.
------------------------------------------------------------x

**ORDER**

23 CV 1577 (VB)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/19/24

On May 3, 2024, the Court lifted the automatic stay of this action pursuant to 11 U.S.C. § 362. (Doc. #18). On June 18, 2024, plaintiff filed a proposed certificate of default against defendant, and the Clerk issued a certificate of default. (Docs. ##24, 26). To date, defendant has not appeared in this action, and plaintiff has not moved for default judgment.

Accordingly, it is HEREBY ORDERED:

By **August 1, 2024**, plaintiff shall move for default judgment in accordance with paragraph 6 of Judge Briccetti's Individual Practices or file a letter regarding the status of this case.

**Plaintiff is advised that failure to comply with the Court's Order by August 1, 2024, may result in dismissal of this action for failure to prosecute or comply with Court orders. Fed. R. Civ. P. 41(b).**

Dated: July 18, 2024
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge