UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HONGKONG CORENEX TECHNOLOGY          :
CO., LTD.,                                                            :
               Plaintiff,                                :     **ORDER**
                                                                             :
v.                                                                         :     23 CV 1577 (VB)
                                                                             :
KEY DIGITAL SYSTEMS, INC.,                      :
               Defendant.                             :
--------------------------------------------------------------x

      The Court is in receipt of Mr. Tsinberg and plaintiff's letters. (Docs. ##34, 35). To the extent Mr. Tsinberg's letter can be construed as a request to adjourn tomorrow's hearing, that request is DENIED.

      The hearing addressing why an order should not be made and entered granting a default judgment in favor of plaintiff and against defendant will proceed as scheduled on August 28, 2024, at 12:00 p.m., in person at 300 Quarropas Street, White Plains, New York, Courtroom 620.

      Chambers will email a copy of this Order to Mr. Tsinberg at: mike@keydigital.com

      Chambers will also mail a copy of this Order to defendant's address: 521 East Third Street, Mount Vernon, NY 10553.

Dated: August 27, 2024
       White Plains, NY

                                             SO ORDERED:

                                             /s/ Vincent L. Briccetti
                                             _____
                                             Vincent L. Briccetti
                                             United States District Judge

Copies Mailed/Faxed  *e-mailed 8/27/24*
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/24

1