USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HONGKONG CORENEX TECHNOLOGY  :
CO., LTD.,                                                           :
                  Plaintiff,                                :          **ORDER**
                                                                      :
v.                                                                          :          23 CV 1577 (VB)
                                                                      :
KEY DIGITAL SYSTEMS, INC.,                      :
                  Defendant.                              :
--------------------------------------------------------------x

       As discussed at a conference held on the record today, at which counsel for both parties appeared, it is HEREBY ORDERED:

1. By **September 4, 2024**, defendant shall submit a response to plaintiff's motion for default judgment.  By **September 9, 2024**, plaintiff shall file a reply, if any.

2. By **September 11, 2024**, defendant shall answer, move, or otherwise respond to the complaint.

3. If defendant responds to the complaint by motion, by **September 25, 2024**, plaintiff shall file an opposition.  By **October 2, 2024**, defendant shall file a reply, if any.

4. By **October 31, 2024**, all discovery shall be completed.

5. By **December 2, 2024**, any party shall file a motion for summary judgment.  By **December 16, 2024**, the opposing party shall file an opposition.  By **December 23, 2024**, the moving party shall file a reply, if any.

Dated: August 29, 2024
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge