UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

HONGKONG CORENEX TECHNOLOGY CO., LIMITED,

                              Plaintiff,

                -against-

KEY DIGITAL SYSTEMS, INC.

                             Defendant.

-------------------------------------------------------------------- x

23-CV-01577 (VB)

**DEFAULT JUDGMENT**

       This action having been commenced on February 24, 2023 by the filing of the Summons and Complaint and a copy of the Summons and Complaint having been served on the Defendant Key Digital Systems, Inc., on March 2, 2023 by service on Key Digital Systems, Inc.'s registered agent for service of process, the Secretary of State, of the State of New York, and proof of service having been filed on March 6, 2023, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That Plaintiff have judgment against Defendant in the liquidated amount of $1,899,968.23 with statutory post-judgment interest at 9% as provided under New York law (New York Civil Practice Law and Rules §5004), which interest shall run from the date of the entry of this order.

DATED:      White Plains, New York
                 September 3, 2024

_____
Vincent L. Briccetti
United States District Judge

All deadlines are terminated. The Clerk is instructed to close this case.

SO ORDERED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-24

1